UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CARLOS HENRIQUE RODRIGUES,

        Petitioner,                      Case No. 1:26-cv-68

v.                                          Hon. Hala Y. Jarbou

ROBERT LYNCH et al.,

        Respondents.
_____/

## **ORDER**

       This is a *pro se* habeas corpus action filed on January 8, 2026, and signed by Jonathan C. Sampaio, President and Executive Director of the Moriah Immigration Center Corp. (MICC) on behalf of Carlos Henrique Rodriges pursuant to 28 U.S.C. § 2241. (*See* Pet., ECF No. 1.) Mr. Sampaio states that he is a Non-Attorney Representative and that MICC is a federally recognized 501(c)(3) public charity. (*Id.*, PageID.2.) According to the petition, MICC "is not a law firm and does not provide legal representation," and the petition was filed in MICC's organizational capacity "pursuant to its statutory mission to assist vulnerable immigrants and victims of human trafficking." (*Id.*)

       According to the petition, Petitioner is a 47-year-old Brazilian citizen who entered the United States legally but fell victim to severe labor exploitation and trafficking in violation of the Trafficking Victims Protection Act (TVPA). (*Id.*, PageID.5.) Petitioner filed a Form I-914 application for T Nonimmigrant Status, based on substantial evidence of coercion, exploitation, and labor trafficking on September 25, 2025. (*Id.*) Petitioner was arrested by Immigration and Customs Enforcement (ICE) on October 23, 2025. (*Id.*) A Master Calendar Hearing that had been

scheduled was canceled due to the Immigration Judge's illness and immigration staff confirmed that the record reflected an allegation of overstay, without any context of the circumstances. (*Id.*) Petitioner's previously scheduled bond hearing was canceled, and no new custody or bond hearing has been scheduled. (*Id.*)

The Court notes that the signer of the petition in this case, Mr. Jonathan C. Sampaio is purporting to represent Plaintiff on behalf of MICC, which is a nonprofit corporation. Mr. Sampaio signed the petition as president of MICC, not as an individual. Moreover, Mr. Sampaio is not an attorney.

It is well-settled that a corporation cannot appear in federal court without legal representation. *See Rowland v. California Men's Colony,* 506 U.S. 194, 201–02 (1993); *Doherty v. Am. Motors, Inc.,* 728 F.2d 334, 340 (6th Cir.1984). Therefore, neither Mr. Sampaio in his capacity as president of MICC nor MICC may represent Petitioner in this 28 U.S.C. § 2241. And the petition presented to this Court is, effectively, unsigned. For that reason, the Court will dismiss the petition without prejudice. Petitioner Carlos Henrique Rodrigues is free to file a *pro se* 28 U.S.C. § 2241 petition on his own behalf or to obtain counsel to represent him.

Therefore, the Court will issue a judgment dismissing the action without prejudice.

**IT IS SO ORDERED.**

Dated: January 12, 2026          /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      CHIEF UNITED STATES DISTRICT JUDGE