UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CARLOS HENRIQUE RODRIGUES,

      Petitioner,

Case No. 1:26-cv-68

v.

Hon. Hala Y. Jarbou

ROBERT LYNCH et al.,

      Respondents.
_____/

## JUDGMENT

In accordance with the order issued this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.


Dated: January 12, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE